IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS FLEMING                                                                                    PETITIONER

v.                                            Case No. 4:24-4023

SHERIFF WAYNE EASLEY                                                                          RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed on March 8, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6.  Judge Bryant recommends that the Court deny Thomas Fleming's petition for writ of habeas corpus, which Plaintiff filed pursuant to 28 U.S.C. § 2254.  ECF No. 1.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Fleming's petition (ECF No. 1) is **DENIED**, and his claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge